### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

DARYL ROYSTER,
    Plaintiff,

vs.                                      Case No.:  3:05cv445/MCR/EMT

GOVERNOR JEB BUSH, et al.
    Defendants.

_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 28, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief may be granted.

    **DONE AND ORDERED** this 31st day of May, 2006.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**